# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

Amynah Pradhan

**Defendant**

Citation No(s): <u>E1984383, E1984384,</u>
<u>E1984385, E1984386</u>
<u>E1984387, E1984388</u>

Docket No:
<u>24-po-3170</u>

* * * * * * * * * * * *

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| Fail to stop, ped. E1984387 | | 215 | 5 | 30 |
| Fail to stop, sign E1984386 | | 215 | 5 | 30 |
| All other citations dismissed | | | | |
| | | | TOTAL DUE: $ | 500 |

*(Section to be completed by court personnel)*

Payment is due in full within thirty days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☑ Central Violations Bureau, P.O. BOX 780549, San Antonio, TX 78278 (or you may pay online at www.cvb.uscourts.gov)

☐ Waive Initial Appearance    ☐ Continue to Obtain License
☐ Continue for Payment        ☐ Continue to Retain Attorney
☐ Set for Trial               ☐ New Court Date: _____
☐ Dismissed by the Government          at: _____ a. m.

COMMENTS: _____

_____
Defendant's Signature

_____
Attorney for Defendant

_____
Assistant U.S. Attorney
*Digitally signed by ELLEN NAZMY*
*Date: 2024.12.16 11:27:22 -05'00'*

12/16/2024
Date

*Original - Court*    *Yellow - Defendant*    *Pink - AUSA*

Plea Agreement (07/2019) Triple